UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

BRUCE J. EASTERDAY

                              : Bankruptcy No. 15-18327REF

    Debtor(s)           : Chapter 13

## ORDER

AND NOW, this 28th day of July, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JON M ADELSTEIN ESQ
350 S MAIN STREET
SUITE 105
DOYLESTOWN PA 18901-

BRUCE J. EASTERDAY
2052 W. BROAD ST.
BETHLEHEM,PA.18018